```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JAMES PUCKETT, individually and
on behalf of any similarly situated
consumers,

                      Plaintiff,

    - against -

CHECK PLUS SYSTEMS, L.P. d/b/a
CPS SECURITY,

                    Defendants.
----------------------------------X

**O R D E R**

11 Civ. 5685 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED:    New York, New York
            October 25, 2011

                                                */s/ Naomi Reice Buchwald*
                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE